```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
EDWARD P. MIRANDA, M.D. A MEDICAL         :
CORPORATION dba PACIFIC PLASTIC           :
SURGERY GROUP,                            :
                                          :
                                          :  24-civ-6716-LAP
                                          :
         PLAINTIFF,                       :  ORDER
                                          :
                                          :
         v.                               :
                                          :
                                          :
MULTIPLAN, INC., et al.,                  :
                                          :
                                          :
         DEFENDANTS.                      :
------------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    The parties are informed that I am insured under a plan that is administered by Cigna.

SO ORDERED.

Dated:   New York, New York
          September 5, 2024

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge